```
 1  DAVID M. STERNBERG (SBN 96107)
    Jacob M. Barlev (SBN 235439)
 2  DAVID M. STERNBERG & ASSOCIATES
    540 Lennon Lane
 3  Walnut Creek, CA 94598
    Telephone: (925) 946-1400
 4  Facsimile:  (925) 932-6986

 5  Attorney for Debtors
    LINDA T. TABOR and LARRY D. TABOR
 6
 7
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| In Re: LINDA T. TABOR and LARRY D. TABOR, Debtors. | Case No.: 12-42023 |
|---|---|
| | Chapter 13 |
| | [No Hearing Required] |
| | *Honorable Roger L. Efremsky* |

## NOTICE OF OBJECTION TO CLAIM AND OBJECTION TO AMENDED CLAIM NO. 25

**TO:  Bank of America, N.A.
       400 National Way
       Simi Valley, CA 93065**

Please be advised that debtors LINDA T. TABOR and LARRY D. TABOR (collectively "Debtors") are objecting to your Amended Claim No. 25, filed on March 5, 2013 ("Subject Claim"), in the above-captioned matter, a copy of which is attached hereto as Exhibit "A," to which objection is set forth below.

The basis of Debtor's objection is as follows: the Subject Claim was included in the Loan Modification; therefore, the Subject Claim for arrearages should be withdrawn.

The Subject Claim should be disallowed as to arrearages only so that no money shall be paid in the confirmed Chapter 13 Plan.

**PLEASE BE ADVISED** that pursuant to Bankruptcy Local Rule 2014-1(b)(3) of the United States Bankruptcy Court for the Northern District of California, any objection to the requested relief, or

1

a request for hearing on the matter must be filed with the United States Bankruptcy Court, 1300 Clay Street, Oakland, California, and served upon counsel for the Debtor whose address is set forth above within twenty-one (21) days of the mailing of this Notice.

**PLEASE BE FURTHER ADVISED** that a request for hearing or objection must be accompanied by any declarations or memoranda of law which the party objecting or requesting wishes to present in support of its position.

**PLEASE BE FURTHER ADVISED** that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting relief by default.

**PLEASE BE FURTHER ADVISED** that the initiating party will give at least ten (10) days' written notice of hearing to the objecting or requesting party, and to any Trustee appointed in the case in the event an objection or request for hearing is timely made.

Dated: *November 21, 2013*  Respectfully submitted,

DAVID M. STERNBERG & ASSOCIATES

By  *David M. Sternberg*
DAVID M. STERNBERG, ESQ.
Attorneys for Plaintiffs
LINDA T. TABOR and LARRY D. TABOR

Case: 12-42023   Doc# 85   Filed: 11/21/13   Entered: 11/21/13 14:47:56   Page 2 of 2
NOTICE OF OBJECTION TO CLAIM (OBJECTION TO AMENDED CLAIM NO. 2)